NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT LEE COON,                )
                                )
            Appellant,          )
                                )
v.                              )          Case No. 2D18-1708
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____)

Opinion filed February 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Marcus J. Ezelle,
Judge.

Marcus Lee Coon, pro se.

PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.